# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Loserth, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>Accelerated Retention Institute, LLC, an Arizona company; IQUP Academy, Inc., an Arizona Company; James Piccolo, an Arizona Resident; Phillip Lechter, an Arizona Resident; and Jack A. Holloway III, an Arizona Resident;<br><br>Defendants. | Case No. 2:18-cv-03587-SRB<br><br>**ORDER** |

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All claims that Plaintiff Jeffrey Loserth alleges against Defendants Accelerated Retention Institute, LLC and Jack A. Holloway are dismissed, with prejudice.

2. Plaintiff Jeffrey Loserth and Defendants Accelerated Retention Institute, LLC and Jack A. Holloway shall bear their own fees and costs.

3. This Order does not impact the Court's judgment entered in favor of Plaintiff Jeffrey Loserth and against Defendants IQUP Academy, Inc. and James Piccolo.

Dated this 20th day of May, 2020.

_____
Susan R. Bolton
United States District Judge