# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jeffrey Loserth**, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**Accelerated Retention Institute, LLC**, an Arizona company; **IQUP Academy, Inc.**, an Arizona Company; **James Piccolo**, an Arizona Resident; **Phillip Lechter**, an Arizona Resident; and **Jack A. Holloway III**, an Arizona resident,<br><br>Defendants. | Case No. CV18-03587-PHX-SRB<br><br><br><br>JUDGMENT |

Pursuant to the Court's rulings on Plaintiff's Motion for Summary Judgment (Dkt. 44), Plaintiff's Application for Attorney's Fees (Dkt. 53) and the stipulation for dismissal (Dkt. 56), judgment is hereby entered as follows:

 1. Judgment is granted in favor of Plaintiff and against Defendants IQUP Academy, Inc. and Piccolo jointly and severally as follows:

   a. For Plaintiff in the amount of $15,120.00 for judgment on Counts 1 and 2;

    b. For Plaintiff in the amount of $38,080.00 for reasonable attorneys' fees; and

    c. For Plaintiff in the amount of $1,242.50 for costs.

2. Further Judgment is granted in favor of Plaintiff and against Defendant IQUP Academy, Inc in the amount of $53,874.93 on Count 3.

3. For post judgment interest on above amounts at a rate of 0.18 per annum; and,

4. The claims against Defendants Accelerated Retention Institute, LLC, Jack Holloway, and Phillip Lechter are dismissed with prejudice and each party shall bear their own costs and attorneys fees.

5. For Plaintiff's attorneys' fees and costs incurred in enforcing and collecting this judgment.

    Dated this 25th day of June, 2020.

_____
Susan R. Bolton
United States District Judge